```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
                                 :
UNITED STATES OF AMERICA         :
                                 :     PROPOSED UNSEALING ORDER
        - v. -                   :
                                 :     22 Cr. 121 ( )
ALVARO FREDY CORDOBA RUIZ,       :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Kaylan Lasky;

It is found that the Indictment in the above-captioned action, 22 Cr. 121 (), is currently sealed and the United States Attorney's Office has applied to have the Indictment and any further entries on these dockets, unsealed, it is therefore

ORDERED that the Indictment and any further entries on the docket in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
        January 20, 2023

*[signature]*

HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE