UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA          :
                                  :   LIMITED UNSEALING ORDER
        - v. -                    :
                                  :   22 Crim. 121
ÁLVARO FREDY CÓRDOBA RUIZ,        :
ALBERTO ALONSO JARAMILLO RAMÍREZ, :
a/k/a "Alonso Hector," and        :
LIBIA AMANDA PALACIO MENA,        :
                                  :
            Defendants.           :
                                  :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Benjamin Woodside Schrier;

WHEREAS the indictment (the "Indictment") and arrest warrants (the "Arrest Warrants") for defendants ÁLVARO FREDY CÓRDOBA RUIZ, ALBERTO ALONSO JARAMILLO RAMÍREZ, a/k/a "Alonso Hector," and LIBIA AMANDA PALACIO MENA, the defendants in the above-captioned case, are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment and Arrest Warrants unsealed for the limited purposes of allowing the United States Attorney's Office to transmit the Indictment and Arrest Warrants to representatives from the U.S. Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence, and diplomatic authorities, for

purposes of effectuating requests made under Mutual Legal Assistance Treaties and extradition requests, and for coordinating federal government and law enforcement and other U.S. and foreign government activity prior to the full unsealing of the Indictment and Arrest Warrants; it is hereby

ORDERED that the Indictment and Arrest Warrants in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment and Arrest Warrants and this Order shall remain under seal until further Order from the Court.

Dated:   New York, New York
         March 1, 2022

*Katharine H Parker*
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2022

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Álvaro Fredy Córdoba Ruiz et al.*, **22 Crim. 121**

Dear Judge Parker:

    The Government writes to respectfully request that the Court enter the attached limited unsealing order with respect to the indictment and related arrest warrants for the defendants in the above-captioned case. We request that the indictment and arrest warrants be unsealed in order to facilitate the extraditions of the defendants, who are in foreign countries, and to make related mutual legal assistance requests. We request that the indictment and arrest warrants otherwise remain sealed until further order of the Court.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

By:        */s/ Benjamin W. Schrier*
                  Benjamin Woodside Schrier
                  Assistant United States Attorney
                  (212) 637-1062

Daniel S. Hi[...]
3/2/2022