

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Alvaro Fredy Cordoba Ruiz*, 22 Cr. 121 (LJL)

Dear Judge Liman:

The Government writes to inform the Court how the Government intends to proceed regarding the arraignment of the above-referenced defendant. For the reasons described below, the Government intends to return a superseding indictment in this case alleging the sole count on which the defendant was extradited.

On January 20, 2023, the defendant was extradited from Colombia and presented on the above-referenced Indictment before Magistrate Judge Barbara C. Moses. On January 31, 2023, the parties appeared before the Court, during which the defendant was arraigned on Count One of the Indictment, charging narcotics importation conspiracy, in violation of Title 21, United States Code, Section 963. Because the defendant was not extradited on Counts Two or Three of the Indictment, however, the Court did not arraign the defendant on Counts Two or Three.

In light of conditions of the defendant's extradition, the Government intends to return to the Grand Jury, prior to the next conference in this matter, to seek a more limited indictment charging a single-count indictment identical to Count One of the above-referenced Indictment. The Government has discussed this issue with counsel for the defendant and expects that, at the scheduled March 8, 2023 conference, the defendant can be arraigned on the superseding indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kyle A. Wirshba / Kaylan Lasky
Assistant United States Attorney
(212) 637-2493 / 2315

cc: John Zach, Esq. (by ECF)