

BOIES
SCHILLER
FLEXNER

August 22, 2023

Defendant's letter motion to file
the pretrial motions under seal is
GRANTED.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

8/23/2023

**BY ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Álvaro Fredy Córdoba Ruiz*, No. 22 Cr. 121 (LJL)

Dear Judge Liman:

We write on behalf of Defendant Álvaro Fredy Córdoba Ruiz pursuant to Rule 8(G) of Your Honor's Individual Practices in Criminal Cases to respectfully seek leave to file under seal his pretrial motions because the motions contain information designated "Sealed Material" by the Protective Order. *See* ECF No. 18 at 1-2 ¶¶ 2-4; *see also id.* at 3 ¶ 2 ("Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court . . ."). The redactions are consistent with the standards discussed in Rules 8(E)(i) and (ii) in that the redactions are beyond the eleven categories of information identified therein.

Thank you for your consideration of this request.

Respectfully Submitted,

 */s/ John T. Zach*
John T. Zach
Waleska Suero Garcia
Sophie E. Roytblat
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380

*Attorneys for Álvaro Fredy Córdoba Ruiz*