

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2023

> REQUEST GRANTED.
> Government's oppositions due by September 19, 2023.
> Defendants' replies due by September 28, 2023.  Motion Hearing to remain as scheduled on October 5, 2023 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.      9/11/2023    SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Cordoba Ruiz et al.*, S1 22 Cr. 121 (LJL)

Dear Judge Liman:

The Government writes to respectfully request, with the consent of defense counsel, a one-week adjournment of the remaining deadlines for the pretrial motions in the above-captioned matter, due to conflicts with respect to deadlines in other cases. This is the Government's first request for an adjournment.

Accordingly, the parties would propose the following revised schedule:

- Government's oppositions due by September 19, 2023 (currently due by September 12, 2023);
- Defendants' replies due by September 28, 2023 (currently due by September 21, 2023); and
- Pretrial conference to remain scheduled for October 5, 2023 at 11:00 A.M., or to be rescheduled for a date that would be more convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /S/
Kaylan E. Lasky / Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc:   John Zach, Esq. (by ECF)
      Katherine Goldstein, Esq. (by ECF)