U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSEMENT.
The Government's motion to file the unredacted copy of its opposition to the defense's pretrial motions under seal is granted.

9/20/2023  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Cordoba Ruiz et al.*, S1 22 Cr. 121 (LJL)

Dear Judge Liman:

The Government writes to respectfully request permission to file under seal the Government's opposition (the "Opposition") to the defense's pretrial motions, consistent with Rule 8(G) of the Court's Individual Practices in Criminal Cases. The Opposition contains information designated as "Sealed Material" pursuant to the Protective Order entered in this case. *See* ECF No. 18 at 1-2 ¶¶ 2-4. The Protective Order requires "Sealed Material" to be filed initially under seal absent Government consent or an Order of the Court. *See id.* at 3 ¶ 2. The redactions in the Opposition are beyond the bounds of the eleven categories of information described in the Privacy Policy and are thus consistent with Rules 8(E)(i) and (ii).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /S/
Kaylan E. Lasky / Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc:   John Zach, Esq. (by ECF)
Katherine Goldstein, Esq. (by ECF)