```
                                                        ┌─────────────────────────────┐
                                                        │ USDC SDNY                   │
                                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                           │ DOC #:_____     │
-----------------------------------------------------X  │ DATE FILED: 09/22/2023      │
                                                  :     └─────────────────────────────┘
UNITED STATES OF AMERICA                          :

            -v-                                   :         22-CR-121 (LJL)
                                                  :
ALVARO FREDY CORDOBA RUIZ, ALBERTO                :            ORDER
ALFONSO JARAMILLO RAMIREZ, LIBIA AMADA            :
PALACIO MENA,                                     :
                                                  :
                    Defendants.                   :
                                                  :
-----------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Defendant Libia Palacio Mena has filed a letter motion to join in the motions filed by co-defendant Alvaro Fredy Cordoba Ruiz to the extent such motions are applicable to her and joining in those motions. Dkt. No. 37. The motion to "join in" the motions to the extent that they apply to Palacio Mena is granted. The Court takes the motions of Alvaro Fredy Cordoba Ruiz, including as joined in by Palacio Mena, under advisement.

SO ORDERED.

Dated: September 22, 2023
       New York, New York                    _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge