

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2023

10/27/2023 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Cordoba Ruiz et al.*, S1 22 Cr. 121 (LJL)**

Dear Judge Liman:

In advance of the January 22, 2024 trial in this matter, the Government respectfully writes, with the defendants' consent, to propose December 22, 2023 as the deadline for the parties' expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(C).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Kaylan E. Lasky
Nicholas S. Bradley
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1581 / 1587

cc: John Zach, Esq. (by ECF)
Katherine Goldstein, Esq. (by ECF)