

JOHN T. ZACH
Tel: (212) 303-3648
Email: jzach@bsfllp.com

March 25, 2024

REQUEST GRANTED.
The Sentencing hearing previously set for April 11, 2024 is RESCHEDULED to April 26, 2024 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

3/26/2024   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Álvaro Fredy Córdoba Ruiz*,
       Case No. No. 22 Cr. 121 (LJL)

Dear Judge Liman:

The parties write jointly to request an adjournment of Mr. Álvaro Fredy Córdoba Ruiz's sentencing date, which is presently scheduled for April 11, 2024 at 2:00 PM.

The U.S. Probation Officer's Pre-Sentence Investigation Report is due on March 27, 2024, which is only one day before the deadline for Mr. Córdoba Ruiz's sentencing submission. To permit the parties sufficient time to account for the PSR in their sentencing papers, we respectfully request an adjournment of the sentencing hearing.

Subject to the Court's availability, the parties are available for the sentencing hearing on April 26, 2024, or any day the following week, except for May 1, 2024.

This is both parties' first request for an adjournment. The next scheduled appearance before the Court is the sentencing hearing currently scheduled for April 11, 2024.

Respectfully,

/s/    *John T. Zach*
John T. Zach
Sophie Roytblat

Cc:    AUSA Kaylan Lasky (via ECF)
       AUSA Nicholas Bradley (via ECF)
       AUSA Kevin Sullivan (via ECF)

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com