

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 4, 2024

> REQUEST GRANTED.
> The Status Conference previously set for August 8, 2024 is rescheduled to September 10, 2024 at 2:00PM in Courtroom 15C. Defendant's motions due October 11, 2024. Government response due November 11, 2024. Defendant's reply due November 25, 2024. A Motion Hearing is scheduled for December 4, 2024 at 2:00PM in Courtroom 15C. The Court will set a trial date at the next conference. Time excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) until September 10, 2024, on consent and , based on the findings that the ends of justice outweigh the interests of the public and the defendant in a speedy trial in that the time until September 10, 2024 is necessary for the parties to continue plea negotiations and consider potential motions.
>
> 8/5/2024   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Jaramillo, et al.*, S1 22 Cr. 121 (LJL)

Dear Judge Liman:

    The Government writes, with the consent of defense counsel, to respectfully request an approximately 30-day adjournment of the next status conference, currently scheduled for August 8, 2024 at 12:00 p.m., so that the parties may continue discussions regarding a potential pretrial disposition of this matter. This is the Government's first request for an adjournment.

    The Government respectfully requests, also with defense counsel's consent, that the time between August 8, 2024, and the next status conference, to be scheduled for a date convenient for the Court, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy trial, in order to allow the parties time to complete discussions regarding a potential pretrial resolution.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney


                    By:   */S/*
                          Nicholas S. Bradley /
                          Kaylan E. Lasky / Kevin T. Sullivan
                          Assistant United States Attorneys
                          (212) 637-1581 / 2315 / 1587

cc:       Eric R. Breslin, Esq. (by ECF)