

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 19, 2026

REQUEST GRANTED.

4/20/2026   SO ORDERED.



LEWIS J. LIMAN
United States District Judge

**By CM/ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Álvaro Fredy Córdoba Ruíz,* **S1 22 Cr. 121 (LJL)**
> *Álvaro Fredy Córdoba Ruíz v. United States*, **25 Civ. 9906 (LJL)**

Dear Judge Liman:

The Government respectfully submits this letter to request a three-week adjournment of the Government's time to respond to the defendant's *pro se* petition brought under 28 U.S.C. § 2255 (Dkts. 117, 133-36), due to the voluminous nature of the submissions, including the declaration of prior defense counsel—and referenced material therein—which was filed on March 23, 2026. Under the current schedule, the Government's response is due by April 22, 2026, and the defendant's reply is due 30 days from the date on which he is served the Government's response. (Dkt. 139). If the Court grants the Government's request, the Government's response will be due by May 13, 2026, and the defendant's reply will be due 30 days from the date on which he is served with the Government's response.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:___/s/_____
     Kaylan E. Lasky / Kevin T. Sullivan
     Assistant United States Attorney
     Tel: (212) 637-2315 / 1587

cc: *Pro se* defendant (by mail)