UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,             :

                     Plaintiff,       :             22-CR-121-1 (LJL)

                                  :

        -v-                    :             ORDER

                                  :

ALVARO FREDY CORDOBA RUIZ,      :

                                  :

             Defendant.     :

                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Former counsel is directed to file a supplemental declaration addressing the issue of appeal raised in the motion under Section 2255 of Mr. Cordoba Ruiz.  Such declaration shall be filed by May 27, 2026.  The Government's response is due June 20, 2026 and Mr. Cordoba Ruiz's reply is due 30 days after he is served with the Government's response.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 144.

SO ORDERED.

Dated: May 12, 2026
      New York, New York                        LEWIS J. LIMAN
                                          United States District Judge