UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                               :

UNITED STATES OF AMERICA,         :

                               :

            Plaintiff,        :          22-CR-121-1 (LJL)

                               :

     -v-                  :           ORDER

                               :

ALVARO FREDY CORDOBA RUIZ,    :

                               :

          Defendant.     :

                               :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court revises its previous Order of May 12, 2026 so that the Government's response to Mr. Cordoba Ruiz's declaration will now be due on June 22, 2026.  Mr. Cordoba Ruiz's reply is due 30 days after he is served with the Government's response.

    SO ORDERED.

Dated: June 15, 2026
     New York, New York                 LEWIS J. LIMAN
                              United States District Judge